```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA

                       CIVIL MINUTES - GENERAL

Case No. CV 15-8997-CAS(Ex)              Date: June 17, 20166

Title: MARK E. BIRCH v.  RESURGENCE LEGAL GROUP, P.C., et al.
==================================================================
DOCKET ENTRY



==================================================================
PRESENT:
       HON. CHARLES F. EICK, MAGISTRATE JUDGE


          Stacey Pierson                         Courtsmart
          Deputy Clerk                         Court Reporter

ATTORNEYS PRESENT FOR PLTFS:        ATTORNEYS PRESENT FOR DEFTS:

  Aidan W. Butler                      Jeffrey Topor


PROCEEDINGS:    SETTLEMENT CONFERENCE

             Case called. Counsel make their appearances.  The
         Court hears discussion.  Parties retire to chambers
         to proceed with the settlement conference.

             Settlement is reached.




                                    initials of Deputy Clerk sp
```